**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7167**

———————

HECTOR DAVID PORTILLO,

Petitioner - Appellant,

versus

J. E. GUNJA, Warden, FCI Cumberland,

Respondent - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-01-1676-PJM)

———————

Submitted: November 8, 2001      Decided: November 20, 2001

———————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Hector David Portillo, Appellant Pro Se. Stephen Matthew Schenning, United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hector David Portillo appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Portillo v. Gunja, No. CA-01-1676-PJM (D. Md. June 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED